UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**MICHAEL HODGE, on behalf of himself and all others similarly situated**

      **Plaintiff,**

V.                                        Case No:  2:11-CV-512-FtM-99SPC

**CHARLOTTE COUNTY MARINE SERVICE, INC. and MICHAEL R. DEGENARO**

      **Defendants.**

_____/

## ORDER

This matter comes before the Court on the Plaintiff, Michael Hodge and the Defendant Charlotte County Marine Service, Inc.'s Mediation Report Informing the Court that the Case has Settled  (Doc. #23) filed on June 5, 2012.  Under the FLSA, the Parties are required to provide the Court with sufficient information regarding the settlement in order for the Court to determine whether the settlement is a "fair and reasonable resolution of a bona fide dispute" over FLSA issues.  Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1354-55 (11th Cir. 1982). Therefore, the Court directs the parties to submit the settlement information for review.

Accordingly, it is now

**ORDERED:**

1

The Plaintiff, Michael Hodge and the Defendant Charlotte County Marine Service, Inc. are hereby directed to submit a Joint Motion to Approve the Settlement with the settlement documents included in the Motion for the Court's Review.

1. The information should include a copy of the Settlement Agreement signed by all Parties.

2. A brief description of the terms of the settlement, the number of hours and lost wages originally claimed by the Plaintiff and whether or not the Plaintiffs claims were settled by compromise.

3. With regard to attorney's fees, the Court recognizes the ruling in Bonetti v. Embarq. Mgmt. Co., 2009 WL 2371407 (M.D. Fla. Aug. 2009). Therefore, Counsel should indicate whether the settlement of the attorney's fees was independent and in seriatim in order to forego the necessity to file copies of billing records with their settlement documentation.

4. The Parties have up to and including **Thursday, June 21, 2012**, to submit the requested settlement documents and information.

**DONE** and **ORDERED** in Fort Myers, Florida this 7th Day of June, 2012.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record

2